Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. C07-560RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | OF FORFEITURE |
| $65,119.00 IN UNITED STATES | ) | |
| CURRENCY, more or less, and all | ) | |
| proceeds therefrom, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, filed its Verified Complaint for Forfeiture of $65,119.00 in United States Currency, more or less, and all proceeds therefrom, (hereinafter collectively referred to as "the defendant currency") brought pursuant to Title 21, United States Code, Section 881(a)(6) for violation of Title 21, United States Code, Sections 841(a)(1), and 846.

Notice of the forfeiture action was published in <u>The Daily Journal of Commerce</u> on July 3, 10, and 17, 2007.  All interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within thirty (30) days after the date of the publication and to serve their Answers to the Complaint within twenty (20) days after the filing of a claim.

\\
\\
\\

DEFAULT JUDGMENT OF FORFEITURE - 1
U.S. v. $65,119.00 IN UNITED STATES CURRENCY, Case No.: C07-0560RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

In addition, Plaintiff has served the Complaint, Notice of this action, and Warrant of Arrest on Garrett Zwar, Christopher Zahn, and all identified potential claimants to the defendant currency.

On July 18, 2007, Immigration and Custom's Enforcement (ICE) Special Agent Steve Cagen perfected personal service of the Verified Complaint for Forfeiture, Notice of Complaint for Forfeiture in rem, and Warrant of Arrest in rem on Garrett Zwar at an arranged meeting at a gas station in Patros, Washington. See Docket No. 6.

On July 18, 2007, Immigration and Custom's Enforcement (ICE) Special Agent Steve Cagen perfected personal service of the Verified Complaint for Forfeiture, Notice of Complaint for Forfeiture in rem, and Warrant of Arrest in rem on Christopher Zahn at an arranged meeting at a gas station in Patros, Washington. See Docket No. 7.

On October 17, 2007, on application of the United States, the Clerk of the Court entered an Order of Default as to the defendant currency against Garrett Zwar, Christopher Zahn, and any unknown persons who failed to file a claim.

More than thirty-five (35) days have elapsed since all possible claimants were served with the Complaint for Forfeiture and related documents.  In addition, more than thirty (30) days have elapsed since the date notice of this action was published.

No parties have filed claims and the time allowed for filing of such claims has expired.

Now, therefore, on motion of the Plaintiff, the United States of America, for a Default Judgment of Forfeiture, it is hereby

\\

\\

\\

DEFAULT JUDGMENT OF FORFEITURE - 2
U.S. v. $65,119.00 IN UNITED STATES CURRENCY, Case No.: C07-0560RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    ORDERED, ADJUDGED and DECREED as follows:

2    1.    This Court has jurisdiction over this action under Title 28, United States

3 Code, Sections 1345 and 1355 and venue pursuant to Title 28, United States Code,

4 Section 1395.

5    2.    The defendant currency,  $65,119.00 in United States Currency, more or

6 less, and all proceeds therefrom, is hereby forfeited to the United States of America, and

7 no right, title or interest in the above-described defendant currency shall exist in any

8 other party.

9    3.    The United States Department of Homeland Security, Customs and Border

10 Protection shall dispose of the above-described defendant currency in accordance with

11 law.

12    4.    The Clerk of the Court shall deliver three (3) "raised seal," certified copies

13 of the Default Judgment of Forfeiture to the United States Attorney's Office in Seattle,

14 Washington.

15    DATED this 6th day of November, 2007.

16

17                                    *Robert S. Lasnik* (signature)

18                                    Robert S. Lasnik
                                      United States District Judge
19

20

21

22 Presented by:

23   *s/Richard E. Cohen*

24 RICHARD E. COHEN
   Assistant United States Attorney
25 700 Stewart Street, Suite 5220
   Seattle, Washington 98101-1271
26 Telephone:    206-553-2242
   Fax No.:      206-553-6934
27 E-Mail:       Richard.E.Cohen@usdoj.gov

28

DEFAULT JUDGMENT OF FORFEITURE - 3
U.S. v. $65,119.00 IN UNITED STATES CURRENCY, Case No.: C07-0560RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970